IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,       )
       )
       Plaintiff,       )
       )
vs.       )       Case No. 17-CR-30206-MJR
       )
KAYLA M. ZWARYCH,       )
       )
       Defendant.       )

## ORDER ADOPTING REPORT & RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On July 31, 2018, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Kayla M. Zwarych entered a plea of guilty to Count I of the Indictment (Doc. 1). Magistrate Judge Wilkerson filed a Report & Recommendations (Doc. 31), which recommended that the undersigned accept the guilty plea and notified the parties that any objections to his Report and Recommendation were due on or before August 17, 2018.

That deadline has come and gone with no objection from either party. Accordingly the Court **ADOPTS** in its entirety the Report & Recommendation, **ACCEPTS** Defendant Zwarych's guilty plea, and **ADJUDGES** her guilty of the offense set forth therein. The Court **DIRECTS** that a presentence investigation report be

prepared by the United States Probation Office, and **CONFIRMS** that sentencing is set for November 2, 2018, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: September 5, 2018

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**